PETER S. DICKINSON (SBN 139495)
pdickinson@BushGottlieb.com
ERICA DEUTSCH (SBN 204427)
edeutsch@BushGottlieb.com
JASON WOJCIECHOWSKI (SBN 263911)
jasonw@BushGottlieb.com
BUSH GOTTLIEB SINGER LÓPEZ
KOHANSKI ADELSTEIN & DICKINSON
A Law Corporation
500 North Central Avenue, Suite 800
Glendale, California  91203-3345
Telephone:  (818) 973-3200
Facsimile:  (818) 973-3201

JS-6

Attorneys for Plaintiffs
TRUSTEES OF THE SCREEN ACTORS GUILD -
PRODUCERS PENSION PLAN AND TRUSTEES
OF THE SCREEN ACTORS GUILD - PRODUCERS
HEALTH PLAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SCREEN ACTORS GUILD - PRODUCERS PENSION PLAN and TRUSTEES OF THE SCREEN ACTORS GUILD - PRODUCERS HEALTH PLAN,<br><br>        Plaintiffs,<br><br>        vs.<br><br>LITTLE MURDER PRODUCTION COMPANY, LLC, an Arizona limited liability company,<br><br>        Defendant. | **CASE NO. CV 12-09386 DDP (PLAx)**<br><br>**ORDER FOR DEFAULT JUDGMENT BY THE COURT AGAINST DEFENDANT LITTLE MURDER PRODUCTION COMPANY, LLC**<br><br>**Date:   June 24, 2013**<br>**Time:  10:00 a.m.**<br>**Ctrm.: 3**<br>**Judge: The Honorable Dean D. Pregerson** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs Trustees of the Screen Actors Guild-Producers Pension Plan and Trustees of the Screen Actors Guild-Producers Health Plan, shall recover from Defendant Little Murder Production Company, LLC the sum of $82,855.33 for unpaid contributions, liquidated damages, interest, legal fees and costs in connection with a payroll compliance audit as follows:

311035.1 11630-21019

1        Unpaid Contributions                $ 33,840.03

2        Interest                $ 10,223.52

3        Liquidated Damages            $ 22,766.40

4        Legal Fees                $ 15,470.00

5        Legal Costs               $      555.38

7 DATED:  June 25, 2013

The Honorable Dean D. Pregerson

2